JOHN S. BATTENFELD, State Bar No. 119513
email: jbattenfeld@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, California 90071-3132
Tel. 213.612.2500
Fax: 213.612.2501

Attorneys for Defendants
COVENTRY HEALTH CARE, INC. AND
COVENTRY HEALTH CARE WORKERS' COMPENSATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA A. RIEVE, an individual, on behalf of herself and all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COVENTRY HEALTH CARE, INC., and COVENTRY HEALTH CARE WORKERS COMPENSATION, INC.,<br><br>Defendant. | CASE NO. 11-cv-1786<br><br>**DECLARATION OF SCOTT AMOS IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1404(a)** |

I, W. Scott Amos, state as follows:

1. I am the Vice President, Compensation and HRIS, for Coventry Health Care, Inc. ("CHC").

2. Coventry Health Care Workers' Compensation, Inc. ("CHC-WC"), a subsidiary of CHC, provides cost and care management solutions to help its clients, such as workers' compensation insurers and self-insured employers, restore the health and productivity of injured

workers and insureds as quickly and as cost effectively as possible.

3. CHC-WC is Plaintiff Julia Rieve's employer.

4. Plaintiff began her employment as a Field Case Manager – Medical Workers' Compensation ("FCM-Med-WC") with CHC-WC in 2007 in San Diego, California, and continues to work there as a FCM-Med-WC there. While employed by CHC-WC, Plaintiff has worked in only the FCM-Med-WC position.

5. Plaintiff's job duties as a FCM-Med-WC generally include meeting with and working closely with an injured employee, the injured employee's health care provider(s), and the injured employee's employer to facilitate timely and appropriate medical care and to coordinate a safe and timely return to work, including by assessing and analyzing the injured employee's medical history and vocational status, developing an appropriate plan of care for the injured employee, and monitoring the patient's progress toward desired outcomes through assessment, evaluation and intervention with health care providers when necessary.

6. Plaintiff works from her home in San Diego, California, rather than a CHC-WC office. Accordingly, CHC-WC provided Plaintiff with a laptop computer, and she keeps files in her home. In addition, almost all of the injured employees with whom Plaintiff works are located in San Diego, California.

7. Plaintiff's supervisor, Paula Rice, resides and works in Orange, California. Ms. Rice, on occasion, holds in-person meetings for her team in Orange, California, which Plaintiff has attended.

8. CHC-WC has three different case manager positions, FCM-Med-WC, Field Case Manager – Vocational Workers' Compensation, and Complex Case Manager, each of which has a distinct set of job duties.

9. There have been approximately 179 individuals employed as a FCM-Med-WC,

Field Case Manager – Vocational Workers' Compensation, of Complex Case Manager by CHC-WC in California during from April 2007 through present. 90 of these individuals are assigned to Los Angeles or Orange, California; 48 are assigned to Pleasanton, California; 39 are assigned to West Sacramento, California; and 2 are assigned to San Diego, California.

10. Personnel files for the individuals referenced in paragraph 9 are maintained in Hazelwood, Missouri, payroll records are maintained in Bethesda, Maryland, and the human resources contact for these employees works in West Sacramento, California.

11. Individuals employed by CHC-WC in the FCM-Med-WC, Field Case Manager – Vocational Workers' Compensation, or Complex Case Manager positions work from their homes.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 23rd day of June 2011.

_____
W. Scott Amos

## PROOF OF SERVICE

I am a resident of the State of California, County of San Francisco; I am over the age of eighteen years and not a party to the within action; my business address is One Market Street, Spear Street Tower, San Francisco, California 94105.

On June 24, 2011, I served on the interested parties in this action the within document(s) entitled:

**DECLARATION OF SCOTT AMOS IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1404(A)**

[ ] **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ X ] **BY E-FILE:** I caused such documents to be transmitted by e-file with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

| *By E-File:* | *Attorneys for Plaintiffs* |
|---|---|
| Norman B. Blumenthal, Esq.<br>Kyle R. Nordrehaug, Esq.<br>Aparajit Bhowmik, Esq.<br>Blumentha, Nordrehaug & Bhowmik<br>2255 Calle Clara<br>La Jolla, CA 92037<br>858-551-1223<br>Fax: 858-551-1232<br>Email: norm@bamlawlj.com<br>aj@bamlawlj.com | |

[ X ] **FEDERAL:** I declare that I am employed in the office of a member of the Bar of this Court at whose direction this service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 24, 2011, at San Francisco, California.

_____
Michele Knox-Thomas