BLUMENTHAL, NORDREHAUG & BHOWMIK
Norman B. Blumenthal (SBN 068687)
Kyle R. Nordrehaug (SBN 205975)
Aparajit Bhowmik (SBN 248066)
Piya Mukherjee (SBN 274217)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858) 551-1223
Facsimile: (858) 551-1232

Attorneys for Plaintiffs

MORGAN, LEWIS & BOCKIUS LLP
John S. Battenfeld (SBN 119513)
300 South Grand Avenue
Los Angeles, California 90071-3132
Telephone: (213) 612-2500
Facsimile: (213) 612-2501

Attorneys for Defendants
COVENTRY HEALTH CARE, INC. and
COVENTRY HEALTH CARE WORKERS'
COMPENSATION, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA A. RIEVE, an individual, on behalf of herself and all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COVENTRY HEALTH CARE, INC., and COVENTRY HEALTH CARE WORKERS COMPENSATION, INC.,<br><br>Defendant. | Case No. CV 11-1786 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1404(a)**; ORDER THEREON<br><br>Complaint Filed: April 12, 2011 |

Plaintiff Julia A. Rieve ("Plaintiff") and Defendants Coventry Health Care, Inc. and Coventry Health Care Workers' Compensation, Inc. ("Defendants"), having met and conferred regarding proper venue for this matter, have agreed that this matter should be transferred to the United States District Court for the Central District of California, Southern Division, pursuant to 28 U.S.C. § 1404(a).  Accordingly, the parties hereby stipulate as follows:

WHEREAS, Plaintiff filed her First Amended Complaint on April 12, 2011;

WHEREAS, Defendant thereafter filed a Motion to Transfer Venue to the Southern Division of the Central District of California pursuant to 28 U.S.C. § 1404(a) on the grounds that (i) Plaintiff's claims could have been brought in that district; (ii) the convenience of the witnesses and parties favors a transfer; (iii) events relevant to Plaintiff's claims and Defendant's defenses occurred in the Central District (*e.g.,* Plaintiff's supervisor was employed by Defendant in the Central District of California) and, thus, sources of proof are in the Central District; and, (iv) the interests of justice are furthered by such a transfer; and

WHEREAS, after filing its Motion, Plaintiff's counsel met and conferred with Defendant's counsel regarding Defendant's Motion to Transfer Venue, and the parties ultimately agreed that this action should be transferred to the Southern Division of the Central District of California for the convenience of the parties and witnesses;

NOW, THEREFORE, the parties hereby stipulate and agree, and respectfully request that the Court order, that the above-captioned action be transferred to the Southern Division of the Central District of California.  The parties further stipulate and agree that, upon  transfer, they will meet and confer as to a briefing schedule for Plaintiffs' motion for class certification that is outside of the timing required by Central District Local Rule 23-3.

**IT IS SO STIPULATED**.

DATED: July 6, 2011                                         BLUMENTHAL, NORDREHAUG &
                                                                            BHOWMIK


                                                                     By     */s/ Aparajit Bhowmik*
                                                                     Attorneys for Plaintiff
                                                                     JULIA A. RIEVE

2

Stipulation and [Proposed] Order to Transfer Venue to the Central District of California / Case No. CV 11-1786

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: July 6, 2011 | MORGAN, LEWIS & BOCKIUS LLP |
| 3 | | |
| 4 | | By  /s/ John S. Battenfeld<br>     John S. Battenfeld |
| 5 | | Attorneys for Defendants<br>COVENTRY HEALTH CARE, INC. and<br>COVENTRY HEALTH CARE WORKERS' |
| 6 | | COMPENSATION, INC. |

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**  The Court hereby orders that this action be transferred to the Central District of California, Southern Division.  No further proceedings shall be had in this Court in this action.

DATED:  July 7    , 2011

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE